

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:    David Vuong and Tommy Tung Nguyen **V.** Taiwai Luk

Appellate case number:    01-11-00178-CV

Trial court case number:    0838471

Trial court:    113th District Court of Harris County

Date motion filed:    February 1, 2013

Party filing motion:    David Vuong, appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn Keyes
☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Keyes, Massengale, and Brown.

Date: April 30, 2013